**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        No. 4:08CR00427-01 JLH

WILLIAM JOSEPH RICK                                                                     DEFENDANT

### ORDER

William Joseph Rick has been indicted on one count of possessing a firearm after having previously been convicted of a felony in violation of 18 U.S.C. § 922(g)(1). Rick has filed a motion to dismiss the indictment on the ground that that statute is unconstitutional according to the logic of the Supreme Court in *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008). The government has responded and pointed out the following from the opinion of the Court:

> Although we do not undertake an exhaustive historical analysis today of the full scope of the Second Amendment, nothing in our opinion should be taken to cast doubt on longstanding prohibitions on the possession of firearms by felons and the mentally ill, or laws forbidding the carrying of firearms in sensitive places such as schools and government buildings, or laws imposing conditions and qualifications on the commercial sale of firearms.

*Id*. at 2816-17. In a footnote to that sentence, the Supreme Court stated, "We identify these presumptively lawful regulatory measures only as examples; our list does not purport to be exhaustive." *Id*. at 2817 n.26.

Based on the *dicta* in *Heller* to the effect that laws prohibiting felons from possessing firearms are presumptively lawful, the Court rejects Rick's argument that the indictment against him is unconstitutional. The motion to dismiss the indictment is therefore DENIED. Document #25.

IT IS SO ORDERED this 9th of July, 2009.

                                                                    /s/ J. Leon Holmes
                                                                    _____
                                                                    J. LEON HOLMES
                                                                    UNITED STATES DISTRICT JUDGE