**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          NO. 4:08CR00427-01 JLH

WILLIAM JOSEPH RICK                                                                        DEFENDANT

**<u>ORDER</u>**

Court convened for a scheduled change of plea hearing on Monday, July 20, 2009, in this matter. Upon inquiry from the Court, the government moved to amend the Indictment to correct a scrivener's error, specifically paragraph C of the indictment reflects the name of Jay W. Beeson, Jr., rather than defendant's name. Without objection, the motion was granted. The indictment is hereby corrected to reflect that the name William Joseph Rick appears where the name Jay W. Beeson, Jr. earlier appeared.

IT IS SO ORDERED this 20th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE